948

No. 03–8581. VARELA v. SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–8588. MCKNIGHT v. MANN, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS SENIOR ATTORNEY GENERAL OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–8591. JOHNSON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–8602. STOKES v. BOWLEN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–8613. CORREA v. STERNES, WARDEN. Sup. Ct. Ill. Certiorari denied.

No. 03–8615. CLEMONS v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 4th Cir. Certiorari denied.

No. 03–8635. HALL v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 03–8636. RILEY-JAMES v. SMITH, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–8639. FRANK v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 03–8642. ELMORE v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–8644. WILLIAMS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–8650. TERRY v. HICKS. C. A. 11th Cir. Certiorari denied.

No. 03–8653. BROWN ET AL. v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.